# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JOSEPH R. TOMELLERI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SHAWN CALKINS,<br><br>　　　　　Defendant. | NO. C19-2037RSL<br><br>ORDER TO SHOW CAUSE |

This matter comes before the Court sua sponte. The above entitled case was filed on December 12, 2019. An Affidavit of Service and Summons and Complaint was filed on July 9, 2020. No documents have been filed since July 9, 2020.

Plaintiff is hereby ORDERED TO SHOW CAUSE why the above-captioned case should not be dismissed for failure to prosecute pursuant to Local Civil Rule 41(b)(1). Plaintiff shall file a responsive brief no later than July 29, 2021. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, July 30, 2021.

DATED this 14th day of July, 2021.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER TO SHOW CAUSE-1